AO 91 (Rev. 11/11) Criminal Complaint      AUSA Jimmy L. Arce (312) 353-8449

**FILED**
7/25/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAESON MORA | CASE NUMBER: 23 CR 418<br><br>**UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g)(1) | On or about February 22, 2023, at Chicago, in the Northern District of Illinois, Eastern Division, the defendant, JAESON MORA, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Glock, model 42, .380 caliber pistol, bearing serial number AFNA508, and a loaded Glock, model 17, 9 mm caliber pistol, bearing serial number XSW683, which firearm had traveled in interstate commerce prior to the defendant's possession of the firearm. |

This criminal complaint is based upon these facts:

  **X**   Continued on the attached sheet.

_____
PAUL DAOU, Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: July 25, 2023      _____
                                                                  Judge's signature

City and state: Chicago, Illinois      YOUNG B. KIM, U.S. Magistrate Judge
                                                                                  *Printed name and Title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

### AFFIDAVIT

I, PAUL DAOU, being duly sworn, state as follows:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and have been so employed since approximately September 2015.

2. As part of my duties as an ATF Special Agent, I investigate criminal violations relating to federal firearms law, including Title 18, United States Code, Sections 922 and 924. I have received training in the area of gang investigations, firearms investigations, and investigations of violent crimes.

3. This affidavit is submitted in support of a criminal complaint alleging that, on or about February 22, 2023, JAESON MORA, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, two firearms, namely, a loaded Glock, model 42, .380 caliber pistol, bearing serial number AFNA508, with an extended magazine, and a loaded Glock, model 17, 9 mm caliber pistol, bearing serial number XSW683, with an extended magazine, which firearms had traveled in interstate commerce prior to the defendant's possession of the firearms.

4. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of the requested complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only

the facts necessary to establish probable cause to believe that MORA committed the firearm offense alleged in the complaint.

5. The information in this affidavit is based on my review of law enforcement records, including Chicago Police Department reports, Chicago Police Department criminal history reports, and official court documents, as well as video surveillance footage, information received from other law enforcement agents, my experience and training, and the experience and training of other law enforcement agents with whom I have consulted.

## FACTS ESTABLISHING PROBABLE CAUSE

6. According to official court documents from the Circuit Court of Cook County, records from the Illinois Department of Corrections, and other criminal history records obtained from law enforcement databases, MORA is a convicted felon who has been convicted of a crime punishable by a term of imprisonment exceeding one year. For example, on or about October 7, 2021, MORA was convicted in the Circuit Court of Cook County of the felony offense of aggravated unlawful use of a weapon, and he was sentenced to one year imprisonment. According to records obtained from the Illinois Department of Corrections, following his release from custody, MORA received a Project SAFE Neighborhoods notification letter, informing MORA that he was prohibited from possessing a firearm.

7. According to Chicago Police Department ("CPD") reports and official court documents, on or about May 29, 2022, MORA was arrested and charged in the Circuit Court of Cook County with felon in possession of a firearm and aggravated

unlawful use of a weapon. *See People v. Mora*, 23CR0707701. The following day, May 30, 2022, MORA was released on a $50,000 bond. On or about June 14, 2023, MORA's motion to suppress was granted, and the case was dismissed.

8. While MORA was released on bond, and while he was still facing state charges for unlawful possession of a firearm, he sold several firearms to an individual who, unbeknownst to MORA, was an undercover law enforcement officer ("UC-1") at the time of the transactions.

9. Specifically, between on or about February 16, 2023, and February 22, 2023, UC-1 and MORA, who was using telephone number XXX-XXX-5015 ("Subject Phone 1"),[1] exchanged a series of text messages and phone calls to arrange a firearm transaction.

10. For example, on or about February 16, 2023, MORA, using Subject Phone 1, sent UC-1 a text message stating, in part, "Stack for the xd and I got a 30 for the mosbergg bro I got it from the shop." Based on my training and experience, the training and experience of other law enforcement officers involved in this investigation, and the substance of the text message above, MORA was attempting to sell a Springfield XD firearm for $1,000 to UC-1. Approximately two days later, UC-1 sent a message to MORA, who was using Subject Phone 1, stating that he was "out west" but would be "back in the city next week."

---

[1] The identification of MORA as the user of Subject Phone 1 is based, in part, on the following: UC-1 recognized the voice of the user of Subject Phone 1 as MORA's voice based on in-person meetings UC-1 had with MORA on or about February 7 and 10, 2023, in separate firearms transactions.

2

11. On or about February 21, 2023, UC-1 contacted MORA, using Subject Phone 1, inquiring about purchasing a firearm. MORA, using Subject Phone 1, instructed UC-1 to call him. UC-1 then placed a recorded call to MORA, using Subject Phone 1, and, according to my review of the recording, MORA stated that he had an "R" [Ruger pistol][2] for a "G ball" [$1,000]. Additionally, MORA advised that for the "G thang . . . that's actually my personal . . . I need 12 or 13 [$1,200 or $1,300]." MORA further stated that his "guy" had a "G lock" [Glock pistol] with a "back piece" [Glock switch conversion device] for $1,600. MORA, using Subject Phone 1, then sent a photo of the Glock firearm with the Glock switch installed to UC-1 (pictured below). According to UC-1, UC-1 agreed to purchase the Ruger and the Glock firearm with the Glock switch from MORA for $2,600 the following day.



---

[2] At various points in the affidavit, I have included in brackets my interpretation of words and phrases used in texts and conversations. My interpretations are based on the contents and context of the texts and conversations, events occurring before and after the conversations, my knowledge of the investigation as a whole, information obtained from UC-1, my experience and training, and the experience and training of other law enforcement agents in this investigation.

12. On February 22, 2023, UC-1 sent a text to MORA, using Subject Phone 1, and informed MORA that he was on his way to MORA's residence to conduct the transaction. MORA, using Subject Phone 1, informed UC-1 via text that he did not yet have the Glock firearm with the Glock switch to sell ("My guy [seller] ain't reply me yet . . . He the one w the back peace [Glock switch]"). MORA stated that he would sell UC-1 two Glock pistols.

13. On the same day, at approximately 4:23 p.m., UC-1 arrived at MORA's residence, located on the 6300 block of South Kedvale Avenue, in Chicago, Illinois. UC-1 sent a text to MORA, using Subject Phone 1, advising MORA that he had arrived. Shortly after sending the text, MORA, using Subject Phone 1, called UC-1 and informed him that the price of the two Glocks increased. During this call, which was recorded, UC-1 offered to pay MORA $2,400 for both firearms, to which MORA agreed.

14. At approximately 4:32 p.m., MORA entered the front passenger seat of the vehicle driven by UC-1. According to UC-1, and as captured on UC-1's audio/video recording device, once MORA entered the vehicle, he retrieved a Glock pistol from his waistband, ejected the loaded magazine, and handed it to UC-1. According to UC-1, and as captured on the audio/video recording device, while UC-1 inspected the first Glock, MORA retrieved a second Glock from his waistband, ejected the loaded magazine, and then retrieved an additional loaded extended magazine from his hooded sweatshirt. According to UC-1, and as captured on the audio-video recording device, UC-1 then handed the MORA the ATF purchase funds and secured the

2

firearms and ammunition.

15. At approximately 4:36 p.m., UC-1 departed the area and inventoried the firearms and ammunition, including a loaded Glock, model 42, .380 caliber pistol, bearing serial number AFNA508, with an extended magazine, and a loaded Glock, model 17, 9 mm caliber pistol, bearing serial number XSW683, with an extended magazine, as pictured below:

 

16. On July 25, 2023, I spoke with ATF Special Agent Michael Donahue, who told me the following:

    a. Special Agent Donahue is a certified interstate nexus expert for firearms and ammunition;

    b. Based upon his training and experience and the research he conducted, Special Agent Donahue stated that Glock firearms are manufactured outside of the state of Illinois.

17. Therefore, the loaded Glock, model 42, .380 caliber pistol, bearing serial

2

number AFNA508, with an extended magazine, and the loaded Glock, model 17, 9 mm caliber pistol, bearing serial number XSW683, with an extended magazine that MORA possessed on or about February 22, 2023, traveled in interstate commerce prior to MORA's possession of the firearms.

## CONCLUSION

18. Based on the foregoing, I respectfully submit that there is probable cause to believe that MORA, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Glock, model 42, .380 caliber pistol, bearing serial number AFNA508, with an extended magazine, and a loaded Glock, model 17, 9 mm caliber pistol, bearing serial number XSW683, with an extended magazine, which firearms had traveled in interstate commerce prior to the defendant's possession of the firearms.

PAUL DAOU
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

SUBSCRIBED AND SWORN to before me on July 25, 2023.

HONORABLE YOUNG B. KIM
United States Magistrate Judge

2